# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]     Date 1/18/2008

Name of Server(Print) Ryan Lenihan     Title

Check one box below to indicate appropriate method of service

X     Served personally upon the defendant. *"JOHN" DAHLEM*
      Place where served:

☐     Left copies thereof at the defendant's dwelling house or usual place of business with a person of suitable age and discretion then residing therein.
      Name of person with whom the Summons and Complaint were left: *LT. JOHN WATTERSON*
      *150 NORTH HAMILTON ST*
      *Poughkeepsie, NY*

☐     Returned unexecuted: _____

☐     Other (specify): _____

## STATEMENT OF SERVICE FEES

Travel          Services          Total  $75

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United states of America that the foregoing information contained in the Return of Service and Statement of Service Fees is ~~true~~ and correct.

Executed on  *1/25/08*
            Date                              Signature of Server

                                              58 Furnace Woods Rd
                                              Cortlandt Manor, NY 10567
                                              Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]    Date 1/18/2008

Name of Server(Print) Ryan Lenihan    Title

Check one box below to indicate appropriate method of service

    Served personally upon the defendant. Tyler P. Wyman
    Place where served:

☐     [X] Left copies thereof at the defendant's dwelling house or usual place of business with a person of suitable age and discretion then residing therein.
    Name of person with whom the Summons and Complaint were left: LT. John Watterson.
    150 North Hamilton ST
    Poughkeepsie NY

☐     Returned unexecuted:

☐     Other (specify):

## STATEMENT OF SERVICE FEES

Travel      Services      Total $75

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United states of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/25/08
          Date

                                              Signature of Server

                                              58 Furnace Woods Rd
                                              Cortlandt Manor, NY 10567
                                              Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]     Date 1/18/2008

Name of Server(Print) Ryan Lenihan        Title

Check one box below to indicate appropriate method of service

    Served personally upon the defendant. "JoHN" WILBER
    Place where served:

☐    [X] Left copies thereof at the defendant's dwelling house or usual place of business with a person of suitable age and discretion then residing therein.
    Name of person with whom the Summons and Complaint were left: LT. JoHN WATTerson
    150 North Hamilton ST.
    Poughkeepsie, NY

☐    Returned unexecuted:

☐    Other (specify):

## STATEMENT OF SERVICE FEES

Travel             Services              Total  $75

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United states of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/25/08
    Date

                                 Signature of Server

                                 58 Furnace Woods Rd
                                 Cortlandt Manor, NY 10567
                                 Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]    Date 1/18/2008

Name of Server(Print) Ryan Lenihan    Title

Check one box below to indicate appropriate method of service

    Served personally upon the defendant. Dutchess County Sheriff's Department (DeLbA Cole)
    Place where served: 150 North Hamilton St
    Poughkeepsie NY

☐ [X] Left copies thereof at the defendant's dwelling house or usual place of business with a person of suitable age and discretion then residing therein.
Name of person with whom the Summons and Complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

Travel            Services            Total $75

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United states of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/23/08
    Date                                Signature of Server

58 Furnace Woods Rd
Cortlandt Manor, NY 10567
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]    Date 1/18/2008

Name of Server(Print) Ryan Lenihan                          Title

Check one box below to indicate appropriate method of service

X     Served personally upon the defendant. County of Dutchess (Linda Fakhoury)
       Place where served: 22 Market Street
       Poughkeepsie New York.

☐     Left copies thereof at the defendant's dwelling house or usual place of business with a person of suitable age and discretion then residing therein.
       Name of person with whom the Summons and Complaint were left:

☐     Returned unexecuted:

☐     Other (specify):

## STATEMENT OF SERVICE FEES

Travel                Services                  Total $75

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United states of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/25/08
      Date

Signature of Server

58 Furnace Woods Rd
Cortlandt Manor, NY 10567
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure